**08 C 139**

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS**

# EXHIBIT 1



# Claim Form

In the High Court Of Justice

Queen's Bench Division Division

| | for court use only |
|---|---|
| Claim No. | HO7X0 4142 |
| Issue Date | 03 DEC 2007 |

**DEFENDANTS COPY**

Claimant:

Cannon Automotive Limited
Brook House
881 High Road
Tottenham
London
N17 8EY

Defendant:

MacNeil Automotive Products Limited (A company incorporated under USA)
2435 Wisconson Street
Downers Grove
Illinois 60515
USA

Brief details of claim:

The Claimant is entitled to and claims the sum of £297,544.87, being the balance of monies due and payable by the Defendant to the Claimant for goods supplied by the Claimant to the Defendant at the Defendant's request, together with interest thereon pursuant to section 35A of the Supreme Court Act 1981 at the rate of 8% per annum from 18 August 2007 until the date of issue of the Claim Form herein, amounting to £3,377.54 and thereafter interest at the daily rate of £65.21 until judgment or sooner payment.

Value:

The Claimant expects to recover more than £15,000.

*ASSIGNED TO MASTER* _____ Fonsaco



| Defendant's name and address | MacNeil Automotive Products Lt 2435 Wisconsin Street Downers Grove Illinois 60515 USA | | £ |
|---|---|---|---|
| | | Amount claimed | 300,922.41 |
| | | Court fee | 1,530.00 |
| | | Solicitor's costs | 110.00 |
| | | Total amount | 302,562.41 |

The court office at Strand, London, WC2A 2LL

is open between 10 am and 4 pm Monday to Friday. When corresponding with the court, please address forms or letters to the Court Manager and quote the claim number.

| Claim No. | |
|-----------|--|

Does, or will, your claim include any issues under the Human Rights Act 1998?  ☐ Yes  ☒ No

Particulars of Claim (attached) XXXXXXXXXX

See attached.

---

Statement of Truth

XXXXXXXXXX (The Claimant believes) that the facts stated in these particulars of claim are true.

\* I am duly authorised by the claimant to sign this statement

Full name  <u>Richard Marshall</u>

Name of claimant's solicitor's firm  <u>Manches LLP</u>

signed _____  posiфon or office held  <u>Partner</u>
XXXXXXXXX XXXXXXXXXXXXX (Claimant's solicitor)     (if signing on behalf of firm or company)

*delete as appropriate

---

Manches LLP
Aldwych House
81 Aldwych
London
WC2B 4RP

DX 76   Chancery Lane
020 7430 1133

Claimant's or claimant's solicitor's address to
which documents or payments should be sent if
different from overleaf including (if appropriate)
details of DX, fax or e-mail.

**IN THE HIGH COURT OF JUSTICE**                              CLAIM NO:
**QUEENS BENCH DIVISION**

**B E T W E E N**


**CANNON AUTOMOTIVE LIMITED**
                                                    <u>Claimant</u>


- and -


**MACNEIL AUTOMOTIVE PRODUCTS LIMITED**
**(A COMPANY REGISTERED IN ILLINOIS, USA)**
                                                    <u>Defendant</u>

---

**PARTICULARS OF CLAIM**

---

**The Parties**

1.    At all material times:

    (a)    the Claimant is and was a company carrying on business as, inter alia, manufacturers and suppliers of rubber mats for motor vehicles;

    (b)    the Defendant is a company incorporated under the laws of Illinois in the United States of America;

    (c)    the Defendant has carried on business as suppliers of, inter alia, rubber mats for motor vehicles in the United States.


**The Agreements**

2.    By a series of agreements made between the Claimant and the Defendant between about 26 February 2007 and 28 August 2007, the Claimant agreed

to manufacture and supply to the Defendant rubber mats to be incorporated into the boots of motor vehicles for the sum total of £278,729.00 and US$38,883.00, respectively.

3.    The said agreements are contained in:

    (a)    purchase orders which were e-mailed by the Defendant to the Claimant, particulars of which are set out in the schedule at Annexure 1;

    (b)    acknowledgement pro forma invoice forms which were e-mailed by the Claimant to the Defendant, particulars of which are set out in the schedule at Annexure 1.

4.    It was an express, alternatively, an implied term of the said agreements (such term being implied by the course of dealings between the parties) that the Defendant should pay for the rubber mats within 90 days of the date of the Claimant's invoice for the same.

**Breach**

5.    The rubber mats which were the subject of the said agreements were duly manufactured and delivered by the Claimant to the Defendant.

6.    By a series of invoices, the Claimant invoiced the Defendant for the said rubber mats in sums totalling £278,729.00 and US$38,883.00, respectively. Copies of sterling and dollar statement of accounts setting out the said invoices are attached hereto at Annexure 2.

2

7.  In breach of the terms of the said agreements, the Defendant has failed and/or refused to pay to the Claimant the said sums of £278,729.00 and US$38,883.00 or any part thereof.

8.  The sum of US$38,883.00 equates to the sum £18,815.87, using the Financial Times US$:£ exchange rate of 2.06650:1 as at today's date.

9.  The Claimant is, therefore, entitled to and claims the sum total of £297,544.87, together with interest thereon pursuant to Section 35A of the Supreme Court Act 1981 at the rate of 8% per annum from 17 August 2007 to the date of issue of the Claim Form herein amounting to £3,377.54 and thereafter further interest at the daily rate of £65.21 until judgment or sooner payment. A schedule setting out the calculation of interest is attached hereto at Annexure 3.

AND the Claimant claims:

(1) the sum of £297,544.87;

(2) interest pursuant to Section 35A of the Supreme Court Act 1981 at the rate of 8% per annum from 18 August 2007 to the date of issue of the Claim Form herein amounting to £3,377.54 and thereafter further interest at the daily rate of £65.21 until judgment or sooner payment.

Dated this 30th day of November 2007

The Claimant believes that the facts stated in these Particulars of Claim are true.

3

PRODUCTS Ltd.

I am duly authorised by the Claimant to sign this statement.

..........................................

**Richard Marshall**
**PARTNER**

Manches LLP of

Aldwych House

81 Aldwych

London WC2B 4RP


Tel +44 (0)207 404 4433

Fax +44 (0)207 430 1133

DX 76 Chancery Lane


Ref: RGM/LTA/250199

4

<u>IN THE INTENDED ACTION</u>
**IN THE HIGH COURT OF JUSTICE**

**CLAIM NO:**

**B E T W E E N**

**CANNON AUTOMOTIVE LIMITED**

<u>Claimant</u>

– and –

**MACNEIL AUTOMOTIVE PRODUCTS LIMITED**
**(A COMPANY REGISTERED IN ILLINOIS, USA)**

<u>Defendant</u>

---

**PARTICULARS OF CLAIM**

---

**MANCHES LLP**
**ALDWYCH HOUSE**
**81 ALDWYCH**
**LONDON**
**WC2B 4RP**

**TEL: 020 7404 4433**
**FAX: 020 7430 1133**
**REF: RGM/LTA/250199**

5

**IN THE HIGH COURT OF JUSTICE**                          CLAIM NO:
**QUEENS BENCH DIVISION**

**B E T W E E N**


**CANNON AUTOMOTIVE LIMITED**
                                                            <u>Claimant</u>

- and -


**MACNEIL AUTOMOTIVE PRODUCTS LIMITED**
**(A COMPANY REGISTERED IN ILLINOIS, USA)**
                                                            <u>Defendant</u>

---

**PARTICULARS OF CLAIM – ANNEXURE 1**

---

6

**CANNON AUTOMOTIVE LIMITED**
**SCHEDULE OF PURCHASE ORDERS AND ACKNOWLEDGEMENT INVOICES**
**CUSTOMER: MACNEIL AUTOMOTIVE LIMITED**

<u>STERLING ACCOUNT</u>

| Purchase Order No | Purchase Order date | Sales Order | Date of Acknowledgement |
|---|---|---|---|
| 6799 | 26.02.07 | R17692 | 27.02.07 |
| 6823 | 09.03.07 | R17853 | 12.03.07 |
| 6851 | 23.03.07 | R18072 | 26.03.07 |
| 6891 | 06.04.07 | R18273 | 10.04.07 |
| 6893 | 06.04.07 | R18275 | 10.04.07 |
| 6946 | 08.05.07 | R18657 | 09.05.07 |
| 6953 | 10.05.07 | R18698 | 11.05.07 |
| 6918 | 27.04.07 | R18525 | 30.04.07 |
| 6811 | 06.03.07 | R17816 | 07.03.07 |
| 6971 | 22.05.07 | R18817 | 23.05.07 |
| 7000 | 08.06.07 | R19026 | 11.06.07 |
| 7022 | 15.06.07 | R19125 | 18.06.07 |
| 7061 | 05.07.07 | R19397 | 06.07.07 |
| 7052 | 05.07.07 | R19398 | 06.07.07 |
| 7072 | 11.07.07 | R19519 | 11.07.07 |
| 7078 | 13.07.07 | R19571 | 16.07.07 |
| 7088 | 20.07.07 | R19710 | 23.07.07 |
| 7129 | 10.08.07 | R20187 | 13.08.07 |
| 7090 | 23.07.07 | R19828 | 24.07.07 |

<u>US DOLLAR ACCOUNT</u>

| Purchase Order No | Purchase Order date | Sales Order | Date of Acknowledgement |
|---|---|---|---|
| 6824 | 09.03.07 | R17854 | 12.03.07 |
| 6852 | 23.03.07 | R18071 | 26.03.07 |
| 6919 | 27.04.07 | R18524 | 30.04.07 |
| 6892 | 06.04.07 | R18274 | 10.04.07 |
| 6972 | 22.05.07 | R18816 | 23.05.07 |
| 7023 | 13.06.07 | R19124 | 18.06.07 |
| 7053 | 05.07.07 | R19399 | 06.07.07 |
| 6879 | 03.04.07 | R19854 | 26.07.07 |

**IN THE HIGH COURT OF JUSTICE**
**QUEENS BENCH DIVISION**

**CLAIM NO:**

**B E T W E E N**

### CANNON AUTOMOTIVE LIMITED

<u>**Claimant**</u>

– and –

### MACNEIL AUTOMOTIVE PRODUCTS LIMITED
### (A COMPANY REGISTERED IN ILLINOIS, USA)

<u>**Defendant**</u>

---

### PARTICULARS OF CLAIM – ANNEXURE 2

---

7

# CUSTOMER STATEMENT

**CANNON AUTOMOTIVE LTD.**
881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel: 020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET
DOWNERS GROVE
ILLINOIS 60515
U.S.A.

Page 1
Date 16/10/07

Account No 1980013

Terms 30 DAYS
Credit Limit 1000000
Currency POUNDS STERLING
Sales Person AUTO DIVISION

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|---|
| 18/05/07 | R67178 | R17692 | PO 6799 | 660.00 | | 660.00 |
| 18/05/07 | R67179 | R17853 | PO 6823 | 2340.00 | | 2340.00 |
| 18/05/07 | R67181 | R18072 | PO 6851 | 1430.00 | | 1430.00 |
| 18/05/07 | R67182 | R18273 | PO 6891 | 1823.50 | | 1823.50 |
| 18/05/07 | R67183 | R18275 | PO 6893 | 6895.20 | | 6895.20 |
| 18/05/07 | R67185 | R18657 | PO 6946 | 3309.50 | | 3309.50 |
| 18/05/07 | R67186 | R18698 | PO 6953 | 2887.60 | | 2887.60 |
| 18/05/07 | R67187 | R18525 | PO 6918 | 4131.00 | | 4131.00 |
| 08/06/07 | R67590 | R17692 | PO 6799 | 690.00 | | 690.00 |
| 08/06/07 | R67591 | R17816 | PO 6811 | 793.80 | | 793.80 |
| 08/06/07 | R67592 | R17853 | PO 6823 | 3660.00 | | 3660.00 |
| 08/06/07 | R67594 | R18072 | PO 6851 | 2014.50 | | 2014.50 |
| 08/06/07 | R67595 | R18273 | PO 6891 | 2624.50 | | 2624.50 |
| 08/06/07 | R67596 | R18275 | PO 6893 | 3393.80 | | 3393.80 |
| 08/06/07 | R67599 | R18657 | PO 6946 | 1240.00 | | 1240.00 |
| 08/06/07 | R67600 | R18698 | PO 6953 | 1950.00 | | 1950.00 |
| 08/06/07 | R67601 | R18817 | PO 6971 | 6107.00 | | 6107.00 |
| 08/06/07 | R67602 | R18525 | PO 6918 | 3270.00 | | 3270.00 |

TOTAL BALANCE ST

| Current | 31-60 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| | | | | |

# REMITTANCE ADVICE

**CANNON AUTOMOTIVE LTD.**
881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972.
England

Date 16/10/07

MACNEIL AUTOMOTIVE PRODUCTS LT

Account No 1980013

| Invoice No | Reference | Invoice Balance |
|---|---|---|
| R67178 | | 660.00 |
| R67179 | | 2340.00 |
| R67181 | | 1430.00 |
| R67182 | | 1823.50 |
| R67183 | | 6895.20 |
| R67185 | | 3309.50 |
| R67186 | | 2887.60 |
| R67187 | | 4131.00 |
| R67590 | | 690.00 |
| R67591 | | 793.80 |
| R67592 | | 3660.00 |
| R67594 | | 2014.50 |
| R67595 | | 2624.50 |
| R67596 | | 3393.80 |
| R67599 | | 1240.00 |
| R67600 | | 1950.00 |
| R67601 | | 6107.00 |
| R67602 | | 3270.00 |

TOTAL BALANCE

Payments:88* High Road
Tottenham, London N17 8EY
Enquiries:881 High Road,Tottenham, London N17 8EY

# CANNON AUTOMOTIVE LTD.

881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel: 020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

## CUSTOMER STATEMENT

Page 2
Date 16/10/07

Account No 1980013
Terms 30 DAYS
Credit Limit 1000000
Currency POUNDS STERLING
Sales Person AUTO DIVISION

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET
DOWNERS GROVE
ILLINOIS 60515
U.S.A.

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|---|
| 14/06/07 | R67768 | R17692 | PO 6799 | 690.00 | | 690.00 |
| 14/06/07 | R67769 | R17816 | PO 6811 | 1300.00 | | 1300.00 |
| 14/06/07 | R67770 | R17853 | PO 6823 | 680.00 | | 680.00 |
| 14/06/07 | R67771 | R18072 | PO 685- | 690.00 | | 690.00 |
| 14/06/07 | R67772 | R18273 | PO 6891 | 2648.00 | | 2648.00 |
| 14/06/07 | R67773 | R18275 | PO 6893 | 1950.00 | | 1950.00 |
| 14/06/07 | R67774 | R18525 | PO 6918 | 10519.00 | | 10519.00 |
| 14/06/07 | R67775 | R18657 | PO 6946 | 6292.50 | | 6292.50 |
| 14/06/07 | R67776 | R18817 | PO 6971 | 2482.50 | | 2482.50 |
| 14/06/07 | R67777 | R19026 | PO 7000 | 793.80 | | 793.80 |
| 14/06/07 | R67948 | R17853 | PO 6823 | 680.00 | | 680.00 |
| 21/06/07 | R67949 | R18072 | PO 6851 | 560.00 | | 560.00 |
| 21/06/07 | R67950 | R18273 | PO 6891 | 3050.00 | | 3050.00 |
| 21/06/07 | R67952 | R18275 | PO 6893 | 1300.00 | | 1300.00 |
| 21/06/07 | R67954 | R18525 | PO 6918 | 3664.00 | | 3664.00 |
| 21/06/07 | R67955 | R18657 | PO 6946 | 2418.00 | | 2418.00 |
| 21/06/07 | R67956 | R18698 | PO 6953 | 650.00 | | 650.00 |
| 21/06/07 | R67958 | R18817 | PO 6971 | 2620.00 | | 2620.00 |

TOTAL BALANCE ST

| Current | 31-60 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| | | | | |

---

# CANNON AUTOMOTIVE LTD.

881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972.
England

## REMITTANCE ADVICE

Date 16/10/07

MACNEIL AUTOMOTIVE PRODUCTS LT

Account No 1980013

| Invoice No | Reference | Invoice Balance |
|---|---|---|
| R67768 | | 690.00 |
| R67769 | | 1300.00 |
| R67770 | | 680.00 |
| R67771 | | 690.00 |
| R67772 | | 2648.00 |
| R67773 | | 1950.00 |
| R67774 | | 10519.00 |
| R67775 | | 6292.50 |
| R67776 | | 2482.50 |
| R67777 | | 793.80 |
| R67948 | | 680.00 |
| R67949 | | 560.00 |
| R67950 | | 3050.00 |
| R67952 | | 1300.00 |
| R67954 | | 3664.00 |
| R67955 | | 2418.00 |
| R67956 | | 650.00 |
| R67958 | | 2620.00 |

TOTAL BALANCE

Payments:881 High Road
Tottenham, London N17 8EY
Enquiries:881 High Road, Tottenham, London N17 8EY

# CANNON AUTOMOTIVE LTD.

881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel: 020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

## CUSTOMER STATEMENT

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET
DOWNERS GROVE
ILLINOIS 60515
U.S.A.

| | |
|---|---|
| Page | 3 |
| Date | 16/10/07 |
| Account No | 1980013 |
| Terms | 30 DAYS |
| Credit Limit | 1000000 |
| Currency | POUNDS STERLING |
| Sales Person | AUTO DIVISION |

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|---|
| 21/06/07 | R67959 | R19026 | PO 7000 | 4338.40 | | 4338.40 |
| 21/06/07 | R67961 | R19125 | PO 7022 | 2560.00 | | 2560.00 |
| 29/06/07 | R68182 | R18072 | PO 6851 | 1370.00 | | 1370.00 |
| 29/06/07 | R68183 | R18273 | PO 6891 | 2720.00 | | 2720.00 |
| 29/06/07 | R68186 | R18525 | PO 6918 | 4998.00 | | 4998.00 |
| 29/06/07 | R68187 | R18657 | PO 6946 | 4986.00 | | 4986.00 |
| 29/06/07 | R68189 | R18817 | PO 6971 | 4484.00 | | 4484.00 |
| 29/06/07 | R68191 | R19026 | PO 7000 | 650.00 | | 650.00 |
| 29/06/07 | R68193 | R19125 | PO 7022 | 2490.00 | | 2490.00 |
| 29/06/07 | R68440 | R18273 | PO 6891 | 703.50 | | 703.50 |
| 09/07/07 | R68441 | R18525 | PO 6918 | 2747.00 | | 2747.00 |
| 09/07/07 | R68442 | R19125 | PO 7022 | 4250.00 | | 4250.00 |
| 09/07/07 | R68443 | R18817 | PO 6971 | 5963.50 | | 5963.50 |
| 09/07/07 | R68444 | R19397 | PO 7061 | 12131.40 | | 12131.40 |
| 09/07/07 | R68446 | R19398 | PO 7052 | 1482.00 | | 1482.00 |
| 12/07/07 | R68552 | R19519 | PO 7072 | 703.50 | | 703.50 |
| 16/07/07 | R68629 | R18525 | PO 6918 | 690.00 | | 690.00 |
| 16/07/07 | R68630 | R18817 | PO 6971 | 1340.00 | | 1340.00 |

TOTAL BALANCE

| Current | 31-60 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| | | | | |

---

# CANNON AUTOMOTIVE LTD.

881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

## REMITTANCE ADVICE

| | |
|---|---|
| Date | 16/10/07 |

MACNEIL AUTOMOTIVE PRODUCTS LT

| | |
|---|---|
| Account No | 1980013 |

| Invoice No | Reference | Invoice Balance |
|---|---|---|
| R67959 | | 4338.40 |
| R67961 | | 2560.00 |
| R68182 | | 1370.00 |
| R68183 | | 2720.00 |
| R68186 | | 4998.00 |
| R68187 | | 4986.00 |
| R68189 | | 4484.00 |
| R68191 | | 650.00 |
| R68193 | | 2490.00 |
| R68440 | | 703.50 |
| R68441 | | 2747.00 |
| R68442 | | 4250.00 |
| R68443 | | 5963.50 |
| R68444 | | 12131.40 |
| R68446 | | 1482.00 |
| R68552 | | 703.50 |
| R68629 | | 690.00 |
| R68630 | | 1340.00 |

TOTAL BALANCE

Payments:881 High Road
Tottenham, London N17 8EY
Enquiries:881 High Road,Tottenham, London N17 8EY

# CANNON AUTOMOTIVE LTD.

881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel:020-8275-6000 Fax:020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

## CUSTOMER STATEMENT

Page 4
Date 16/10/07

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET
DOWNERS GROVE
ILLINOIS 60515
U.S.A.

Account No 1980013
Terms 30 DAYS
Credit Limit 1000000
Currency POUNDS STERLING
Sales Person AUTO DIVISION

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|---|
| 16/07/07 | R68631 | RL9026 | PO 7000 | 1609.20 | | 1609.20 |
| 16/07/07 | R68632 | RL9397 | PO 7061 | 2909.20 | | 2909.20 |
| 16/07/07 | R68633 | RL9398 | PO 7052 | 14966.00 | | 14966.00 |
| 16/07/07 | R68635 | RL9125 | PO 7022 | 2570.00 | | 2570.00 |
| 23/07/07 | R68871 | RL8657 | PO 6946 | 660.00 | | 660.00 |
| 23/07/07 | R68872 | RL9026 | PO 7000 | 1950.00 | | -1950.00 |
| 23/07/07 | R68873 | RL9125 | PO 7022 | 1980.00 | | -1980.00 |
| 23/07/07 | R68874 | RL9397 | PO 7061 | 4043.80 | | 4043.80 |
| 23/07/07 | R68875 | RL9398 | PO 7052 | 6360.00 | | 6360.00 |
| 23/07/07 | R68876 | RL9571 | PO 7078 | 11239.50 | | 11239.50 |
| 15/08/07 | R69416 | RL8657 | PO 6946 | 690.00 | | 690.00 |
| 15/08/07 | R69417 | RL8817 | PO 6971 | 660.00 | | 660.00 |
| 15/08/07 | R69418 | RL9026 | PO 7000 | 650.00 | | 650.00 |
| 15/08/07 | R69419 | RL9125 | PO 7022 | 660.00 | | 660.00 |
| 15/08/07 | R69420 | RL9397 | PO 7061 | 4328.00 | | 4328.00 |
| 15/08/07 | R69421 | RL9398 | PO 7052 | 1914.00 | | 1914.00 |
| 15/08/07 | R69423 | RL9571 | PO 7078 | 7808.00 | | 7808.00 |
| 15/08/07 | R69424 | RL9710 | PO 7088 | 5766.00 | | 5766.00 |

TOTAL BALANCE

| Current | 31-60 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| | | | | |

---

# CANNON AUTOMOTIVE LTD.

881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 54069722
England

## REMITTANCE ADVICE

Date 16/10/07

MACNEIL AUTOMOTIVE PRODUCTS LT

Account No 1980013

| Invoice No | Reference | Invoice Balance |
|---|---|---|
| R68631 | | 1609.20 |
| R68632 | | 2909.20 |
| R68633 | | 14966.00 |
| R68635 | | 2570.00 |
| R68871 | | 660.00 |
| R68872 | | 1950.00 |
| R68873 | | 1980.00 |
| R68874 | | 4043.80 |
| R68875 | | 6360.00 |
| R68876 | | 11239.50 |
| R69416 | | 690.00 |
| R69417 | | 660.00 |
| R69418 | | 650.00 |
| R69419 | | 660.00 |
| R69420 | | 4328.00 |
| R69421 | | 19.-4.00 |
| R69423 | | 7808.00 |
| R69424 | | 5766.00 |

TOTAL BALANCE

Payments:881 High Road
Tottenham, London N17 8EY
Enquiries:881 High Road, Tottenham, London N17 8EY

# CANNON AUTOMOTIVE LTD.

881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel: 020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

## CUSTOMER STATEMENT

| | | | | Page | 5 |
| --- | --- | --- | --- | --- | --- |

| | |
| --- | --- |
| Date | 16/10/07 |

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET
DOWNERS GROVE
ILLINOIS 60515
U.S.A.

| | |
| --- | --- |
| Account No | 1980013 |
| Terms | 30 DAYS |
| Credit Limit | 1000000 |
| Currency | POUNDS STERLING |
| Sales Person | AUTO DIVISION |

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
| --- | --- | --- | --- | --- | --- | --- |
| 15/08/07 | R69425 | R20187 | PO 7129 | 2093.80 | | 2093.80 |
| 20/08/07 | R69561 | R19125 | PO 7022 | 660.00 | | 660.00 |
| 20/08/07 | R69562 | R19397 | PO 7061 | 3730.60 | | 3730.60 |
| 20/08/07 | R69564 | R19571 | PO 7078 | 4670.00 | | 4670.00 |
| 20/08/07 | R69565 | R19710 | PO 7088 | 4080.00 | | 4080.00 |
| 20/08/07 | R69566 | R20187 | PO 7129 | 11687.60 | | 11687.60 |
| 20/08/07 | R69587 | R19710 | PO 7088 | 660.00 | | 660.00 |
| 28/08/07 | R69718 | R19828 | PO 7090 | 30261.80 | | 30261.80 |
| 04/09/07 | R69877 | R19397 | PO 7061 | 793.80 | | 793.80 |
| 04/09/07 | R69878 | R19398 | PO 7052 | 680.00 | | 680.00 |
| 04/09/07 | R69879 | R19571 | PO 7078 | 2010.00 | | 2010.00 |
| 04/09/07 | R69880 | R19710 | PO 7088 | 5940.00 | | 5940.00 |
| 04/09/07 | R69881 | R20187 | PO 7129 | 16320.60 | | 16320.60 |
| 04/09/07 | R69882 | R20296 | PO 7142 | 4276.20 | | 4276.20 |
| 10/09/07 | R69959 | R19398 | PO 7052 | 1360.00 | | 1360.00 |
| 10/09/07 | R69960 | R19571 | PO 7078 | 1370.00 | | 1370.00 |
| 10/09/07 | R69961 | R19710 | PO 7088 | 5526.00 | | 5526.00 |
| 10/09/07 | R69962 | R20187 | PO 7129 | 14537.20 | | 14537.20 |

**TOTAL BALANCE** ST

| Current | 31-60 Days | 61-90 Days | 91 120 Days | > 120 Days |
| --- | --- | --- | --- | --- |
| | | | | |

---

# CANNON AUTOMOTIVE LTD.

881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972
England

## REMITTANCE ADVICE

| | |
| --- | --- |
| Date | 16/10/07 |

MACNEIL AUTOMOTIVE PRODUCTS LT

| | |
| --- | --- |
| Account No | 1980013 |

| Invoice No | Reference | Invoice Balance |
| --- | --- | --- |
| R69425 | | 2093.80 |
| R69561 | | 660.00 |
| R69562 | | 3730.60 |
| R69564 | | 4670.00 |
| R69565 | | 4080.00 |
| R69566 | | 11687.60 |
| R69587 | | 660.00 |
| R69718 | | 30261.80 |
| R69877 | | 793.80 |
| R69878 | | 680.00 |
| R69879 | | 2010.00 |
| R69880 | | 5940.00 |
| R69881 | | 16320.60 |
| R69882 | | 4276.20 |
| R69959 | | 1360.00 |
| R69960 | | 1370.00 |
| R69961 | | 5526.00 |
| R69962 | | 14537.20 |

**TOTAL BALANCE**

Payments:881 High Road
Tottenham, London N17 8EY
Enquiries:881 High Road, Tottenham, London N17 8EY

# CANNON AUTOMOTIVE LTD.

881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972.
England

## REMITTANCE ADVICE

Date                16/10/07

MACNEIL AUTOMOTIVE PRODUCTS LT

Account No          1980013

| Invoice No | Reference | Invoice Balance |
|---|---|---|
| R69963 | | 3582.40 |
| R70138 | | 1314.00 |
| R70139 | | 3008.00 |
| R70140 | | 3164.00 |
| R70141 | | 10331.40 |
| R70142 | | 5200.00 |
| R70331 | | 1778.00 |
| R70332 | | 2060.00 |
| R70333 | | 6780.80 |
| R70334 | | 15259.20 |
| R80762 | | 14.00- |
| R80770 | | 680.00- |

TOTAL BALANCE                384020.60

Payments:881 High Road
Tottenham, London N17 8EY
Enquiries,881 High Road,Tottenham, London N17 8EY

---

# CUSTOMER STATEMENT

# CANNON AUTOMOTIVE LTD.

881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel: 020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

| | |
|---|---|
| Page | 6 |
| Date | 16/10/07 |
| Account No | 1980013 |
| Terms | 30 DAYS |
| Credit Limit | 1000000 |
| Currency | POUNDS STERLING |
| Sales Person | AUTO DIVISION |

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET
DOWNERS GROVE
ILLINOIS 60515
U.S.A.

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|---|
| 10/09/07 | R69963 | R20296 | PO 7142 | 3582.40 | | 3582.40 |
| 20/09/07 | R70138 | R19397 | PO 7061 | 1314.00 | | 1314.00 |
| 20/09/07 | R70139 | R19571 | PO 7078 | 3008.00 | | 3008.00 |
| 20/09/07 | R70140 | R19710 | PO 7088 | 3164.00 | | 3164.00 |
| 20/09/07 | R70141 | R20187 | PO 7129 | 10331.40 | | 10331.40 |
| 20/09/07 | R70142 | R20296 | PO 7142 | 5200.00 | | 5200.00 |
| 21/09/07 | R70331 | R19571 | PO 7078 | 1778.00 | | 1778.00 |
| 21/09/07 | R70332 | R19710 | PO 7088 | 2060.00 | | 2060.00 |
| 21/09/07 | R70333 | R20187 | PO 7129 | 6780.80 | | 6780.80 |
| 21/09/07 | R70334 | R20296 | PO 7142 | 15259.20 | | 15259.20 |
| 20/07/07 | R80762 | R80766 | INV. R67187 | | 14.00- | 14.00- |
| 08/08/07 | R80770 | R80773 | PO 6971 | | 680.00- | 680.00- |

TOTAL BALANCE                384020.60

| Current | 31-60 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| 135553.40 | 49378.00 | 78284.60 | 120804.60 | 0.00 |

ST

# CANNON AUTOMOTIVE LTD.

881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel: 020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972. England

## CUSTOMER STATEMENT

Page 1
Date 16/10/07

Account No 198012A

Terms 30 DAYS
Credit Limit 100000
Currency US DOLLAR
Sales Person AUTO DIVISION

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET,
DOWNERS GROVE,
ILLINOIS 60515,
USA.
60515

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|---|
| 18/05/07 | R67180 | R17854 | PO 6824 | 6480.00 | | 6480.00 |
| 08/06/07 | R67593 | R18071 | PO 6852 | 660.00 | | 660.00 |
| 08/06/07 | R67597 | R18524 | PO 6919 | 660.00 | | 660.00 |
| 21/06/07 | R67951 | R18274 | PO 6892 | 675.00 | | 675.00 |
| 21/06/07 | R67953 | R18524 | PO 6919 | 3700.00 | | 3700.00 |
| 21/06/07 | R67957 | R18816 | PO 6972 | 1940.00 | | 1940.00 |
| 21/06/07 | R67960 | R19124 | PO 7023 | 1800.00 | | 1800.00 |
| 29/06/07 | R68184 | R18274 | PO 6892 | 675.00 | | 675.00 |
| 29/06/07 | R68185 | R18524 | PO 6919 | 675.00 | | 675.00 |
| 29/06/07 | R68188 | R18816 | PO 6972 | 1400.00 | | 1400.00 |
| 29/06/07 | R68192 | R19124 | PO 7023 | 5340.00 | | 5340.00 |
| 16/07/07 | R68634 | R19399 | PO 7053 | 4710.00 | | 4710.00 |
| 15/08/07 | R69465 | R19854 | PO 6879 | 4304.00 | | 4304.00 |
| 20/08/07 | R69560 | R19854 | PO 6879 | 4304.00 | | 4304.00 |
| 20/08/07 | R69563 | R19399 | PO 7053 | 1560.00 | | 1560.00 |
| 10/09/07 | R69958 | R19854 | PO 6879 | 3228.00 | | 3228.00 |
| 20/09/07 | R70136 | R19854 | PO 6879 | 1076.00 | | 1076.00 |
| 20/09/07 | R70137 | R19124 | PO 7023 | 1400.00 | | 1400.00 |

TOTAL BALANCE

USD

| Current | 31-60 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| | | | | |

---

# CANNON AUTOMOTIVE LTD.

881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972.
England

## REMITTANCE ADVICE

Date 16/10/07

MACNEIL AUTOMOTIVE PRODUCTS LT

Account No 198012A

| Invoice No | Reference | Invoice Balance |
|---|---|---|
| R67180 | | 6480.00 |
| R67593 | | 660.00 |
| R67597 | | 660.00 |
| R67951 | | 675.00 |
| R67953 | | 3700.00 |
| R67957 | | 1940.00 |
| R67960 | | 1800.00 |
| R68184 | | 675.00 |
| R68185 | | 675.00 |
| R68188 | | 1400.00 |
| R68192 | | 5340.00 |
| R68634 | | 4710.00 |
| R69465 | | 4304.00 |
| R69560 | | 4304.00 |
| R69563 | | 1560.00 |
| R69958 | | 3228.00 |
| R70136 | | 1076.00 |
| R70137 | | 1400.00 |

TOTAL BALANCE

Payments:881 High Road
Tottenham, London N17 8EY
Enquiries 881 High Road,Tottenham, London N`7 8EY

# CUSTOMER STATEMENT

## CANNON AUTOMOTIVE LTD.
881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY
Tel: 020-8275-6000 Fax:020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972, England

Page 2
Date 16/10/07

Account No    198012A

Terms    30 DAYS
Credit Limit    100000
Currency    US DOLLAR
Sales Person    AUTO DIVISION

MACNEIL AUTOMOTIVE PRODUCTS LT
2435 WISCONSIN STREET,
DOWNERS GROVE,
ILLINOIS 60515,
USA.

60515

| Invoice Date | Invoice No | Sales Order | Reference | Debit | Credit | Invoice Balance |
|---|---|---|---|---|---|---|
| 20/09/07 | R70143 | R20357 | PO 7156 | 5656.80 | | 5656.80 |
| 21/09/07 | R70329 | R19854 | PO 6879 | 2152.00 | | 2152.00 |
| 21/09/07 | R70330 | R19399 | PO 7053 | 1400.00 | | 1400.00 |

TOTAL BALANCE    53795.80    USD

| Current | 31-60 Days | 61-90 Days | 91-120 Days | >120 Days |
|---|---|---|---|---|
| 14912.80 | 10168.00 | 4710.00 | 24005.00 | 0.00 |

---

# CANNON AUTOMOTIVE LTD.
881 High Road, Tottenham, London N17 8EY.
Tel:020-8275-6000 Fax: 020-8275-6013
VAT Number: GB 877 6138 77. Registered Number 5406972.
England

## REMITTANCE ADVICE

Date    16/10/07

MACNEIL AUTOMOTIVE PRODUCTS LT

Account No    198012A

| Invoice No | Reference | Invoice Balance |
|---|---|---|
| R70143 | | 5656.80 |
| R70329 | | 2152.00 |
| R70330 | | 1400.00 |

TOTAL BALANCE    53795.80

Payments:881 High Road
Tottenham, London N17 8EY
Enquiries 881 High Road, Tottenham, London N17 8EY

**IN THE HIGH COURT OF JUSTICE**                                          CLAIM NO:
**QUEENS BENCH DIVISION**

**B E T W E E N**


**CANNON AUTOMOTIVE LIMITED**
                                                                    <u>Claimant</u>

- and -


**MACNEIL AUTOMOTIVE PRODUCTS LIMITED**
**(A COMPANY REGISTERED IN ILLINOIS, USA)**
                                                                    <u>Defendant</u>

---

**PARTICULARS OF CLAIM – ANNEXURE 3**

---

8

## Schedule of calculation of interest

| Period | Total Amount Due (£) | Daily Rate (£) | Number of Days | Total Interest for Period (£) |
|---|---|---|---|---|
| 17.08.07 to 06.09.07 | 25,918.53 | 5.68 | 21 | 119.28 |
| 07.09.07 to 12.09.07 | 52,300.89 | 11.46 | 6 | 68.76 |
| 13.09.07 to 19.09.07 | 80,346.69 | 17.61 | 7 | 123.27 |
| 20.09.07 to 27.09.07 | 106,114.01 | 23.25 | 8 | 186.00 |
| 28.09.07 to 07.10.07 | 131,726.84 | 28.87 | 10 | 288.70 |
| 08.10.07 to 10.10.07 | 159,004.24 | 34.85 | 3 | 104.55 |
| 11.10.07 to 14.10.07 | 159,707.74 | 35.00 | 4 | 140.00 |
| 15.10.07 to 21.10.07 | 186,071.35 | 40.78 | 7 | 285.46 |
| 22.10.07 to 13.11.07 | 212,304.65 | 46.53 | 23 | 1,070.19 |
| 14.11.07 to 18.11.07 | 238,957.19 | 52.37 | 5 | 261.85 |
| 19.11.07 to 26.11.07 | 267,283.03 | 58.58 | 8 | 468.64 |
| 27.11.07 to 30.11.07 | 297,544.87 | 65.21 | 4 | 260.84 |

**TOTAL INTEREST = £3,377.54**

5874451/1