YM

**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 139**

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE KEYS**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MACNEIL AUTOMOTIVE PRODUCTS LIMITED,** an Illinois Corporation, ) ) ) | |
| Plaintiff, ) | No. |
| ) | |
| v. ) | |
| ) | |
| **CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION,** a United Kingdom Company, ) ) ) ) ) | |
| Defendant. ) | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

Plaintiff, MacNeil Automotive Products Ltd., in accordance with Local Rule 3.2, hereby states that it does not have a parent corporation and no other entity owns 5% or more of its stock.

Respectfully submitted,

**MACNEIL AUTOMOTIVE PRODUCTS LIMITED**

Dated:  January 7, 2008                          By:       /s/ Robert S. Grabemann
                                                                              One of Its Attorneys

Robert S. Grabemann
Timothy M. Schaum
DASPIN & AUMENT, LLP
227 West Monroe Street
Suite 3500
Chicago, Illinois 60606
(312) 258-1600

**CERTIFICATE OF SERVICE**

   The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing PLAINTIFF'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES, along with a copy of the Complaint, to be personally served by a Solicitor, in accordance with the English rules on service of process for these types of papers, on or about the 10th day of January, 2008 on:

| | |
|---|---|
| Cannon Automotive Limited, | Richard Marshall |
| f/k/a Cannon Rubber Limited, Automotive Division | Manches LLP of |
| Brook House | Aldwych House |
| 881 High Road | 81 Aldwych |
| Tottenham | London |
| London | WC2B 4RP |
| N17 8EY | England |
| England | |

                /s/ Robert S. Grabemann
                  Robert S. Grabemann