**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MACNEIL AUTOMOTIVE PRODUCTS LIMITED**, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 139 |
| v. | ) ) ) | Hon. Joan B. Gottschall |
| **CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION,** a United Kingdom Company, | ) ) ) ) ) | Magistrate Arlander Keys |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF MOTION**

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, January 24, 2007 at 9:30 a.m, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting in her stead, in Courtroom 2325, or wherever else counsel may be heard, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached MACNEIL'S MOTION TO ENJOIN DEFENDANT FROM PURSUING A COLLATERAL PROCEEDING IN A FOREIGN JURISDICTION.

Respectfully submitted,

**MACNEIL AUTOMOTIVE PRODUCTS LIMITED**

Dated: January 8, 2008        By:      /s/ Robert S. Grabemann
                                         One of Its Attorneys

Robert S. Grabemann
Timothy M. Schaum
DASPIN & AUMENT, LLP

227 West Monroe Street
Suite 3500
Chicago, Illinois 60606
(312) 258-1600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing NOTICE OF MACNEIL'S MOTION TO ENJOIN DEFENDANT FROM PURSUING A COLLATERAL PROCEEDING IN A FOREIGN JURISDICTION, along with a copy of the Complaint, to be personally served by a Solicitor, in accordance with the English rules on service of process for these types of papers, on or about the 10th day of January, 2008 on:

| | |
|---|---|
| Cannon Automotive Limited, | Richard Marshall |
| f/k/a Cannon Rubber Limited, Automotive Division | Manches LLP of |
| Brook House | Aldwych House |
| 881 High Road | 81 Aldwych |
| Tottenham | London |
| London | WC2B 4RP |
| N17 8EY | England |
| England | |

      /s/   Robert S. Grabemann
          Robert S. Grabemann