AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**08 C 139**

SUMMONS IN A CIVIL CASE

MacNeil Automotive Products Limited

V.

Cannon Automotive Limited, f/k/a Cannon Rubber Limited, Automotive Division

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE GOTTSCHALL
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

Cannon Automotive Limited
Brook House
881 High Road
Tottenham
London
N17 8EY
England

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert S. Grabemann
Daspin & Aument, LLP
227 West Monroe Street
Suite 3500
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/ Yvette Montoya_
(By) DEPUTY CLERK

January 8, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11TH JANUARY 2008 |
| NAME OF SERVER (PRINT) STEWART WORTHY | TITLE SOLICITOR |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED UPON AN AGENT OF THE DEFENDANT AUTHORIZED TO ACCEPT SERVICE AT THE DEFENDANT'S PLACE OF BUSINESS AT 881 HIGH ROAD, TOTTENHAM, LONDON N17 8EY, UK

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 17TH JANUARY 2008
_____
Signature of Server

99 GRESHAM STREET, LONDON EC2V 7NG, UK
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.