U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 C 139

MACNEIL AUTOMOTIVE PRODUCTS LIMITED,
    Plaintiff
v.
CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    CANNON AUTOMOTIVE LIMITED f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION

| | |
|---|---|
| NAME (Type or print) WILLIAM N. HOWARD | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ William N. Howard | |
| FIRM FREEBORN & PETERS LLP | |
| STREET ADDRESS 311 S. WACKER DR., SUITE 3000 | |
| CITY/STATE/ZIP CHICAGO, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6190114 | TELEPHONE NUMBER (312) 360-6415 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused the foregoing **Appearance** to be served via the United States District Court for the Northern District of Illinois, ECF filing system on the **23rd** day of **January, 2008**.

>Robert S. Gravemann, Esq.
>Timothy M. Schaum, Esq.
>Daspin & Aument
>227 . Monroe St., Suite 3500
>Chicago, IL   60601
>Tel:   (312) 258-1600
>Fax:  (312) 258-1955
>rgrabemann@daspinaument.com
>tschaum@daspinaument.com

                                    /s/  William N. Howard