U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                         Case Number: 08 C 139

MACNEIL AUTOMOTIVE PRODUCTS LIMITED,
  Plaintiff
v.
CANNON AUTOMOTIVE LIMITED, f/k/a CANNON
RUBBER LIMITED, AUTOMOTIVE DIVISION,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

  CANNON AUTOMOTIVE LIMITED f/k/a CANNON RUBBER LIMITED,
  AUTOMOTIVE DIVISION

| | |
|---|---|
| **NAME** (Type or print) <br> JOHN T. SHAPIRO | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ John T. Shapiro | |
| **FIRM** <br> FREEBORN & PETERS LLP | |
| **STREET ADDRESS** <br> 311 S. WACKER DR., SUITE 3000 | |
| **CITY/STATE/ZIP** <br> CHICAGO, IL  60606 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6207791 | **TELEPHONE NUMBER** <br> (312) 360-6389 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he caused the foregoing **Appearance** to be served via the United States District Court for the Northern District of Illinois, ECF filing system on the **23rd** day of **January, 2008**.

>Robert S. Gravemann, Esq.
>Timothy M. Schaum, Esq.
>Daspin & Aument
>227 . Monroe St., Suite 3500
>Chicago, IL  60601
>Tel:  (312) 258-1600
>Fax:  (312) 258-1955
>rgrabemann@daspinaument.com
>tschaum@daspinaument.com

_____/s/ John T. Shapiro___