## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case Number:   08 C 139

MACNEIL AUTOMOTIVE PRODUCTS LIMITED,
    Plaintiff

v.

CANNON AUTOMOTIVE LIMITED, f/k/a CANNON
RUBBER LIMITED, AUTOMOTIVE DIVISION,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

    CANNON AUTOMOTIVE LIMITED f/k/a CANNON RUBBER LIMITED,
    AUTOMOTIVE DIVISION

| | |
|---|---|
| NAME (Type or print)<br>SUZANNE M. ROSE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Suzanne M. Rose | |
| FIRM<br>FREEBORN & PETERS LLP | |
| STREET ADDRESS<br>311 S. WACKER DR., SUITE 3000 | |
| CITY/STATE/ZIP<br>CHICAGO, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6270563 | TELEPHONE NUMBER<br>(312) 360-6725 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES ☐     NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES ☐     NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ☐     NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES ☐     NO ☑

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused the foregoing **Appearance**

to be served via the United States District Court for the Northern District of Illinois, ECF filing

system on the **23rd** day of **January, 2008**.

> Robert S. Gravemann, Esq.
> Timothy M. Schaum, Esq.
> Daspin & Aument
> 227 . Monroe St., Suite 3500
> Chicago, IL   60601
> Tel:   (312) 258-1600
> Fax:  (312) 258-1955
> rgrabemann@daspinaument.com
> tschaum@daspinaument.com


                              _____/s/  Suzanne M. Rose_____