# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 139 | **DATE** | 1/24/2008 |
| **CASE TITLE** | MacNeil Auto vs. Cannon Auto | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Briefing schedule as to Plaintiff's motion to enjoin Defendant from pursuing a collateral proceeding in a foreign jurisdiction [6] is as follows: Response is due by 2/14/2008. Reply is due by 03/06/2008. Defendant Cannon Automotive Limited to file motion to dismiss or stay pending U.K. action by 2/14/2008. Response is due by 03/06/2008. Reply is due by 3/27/2008. Defendant's time to answer or otherwise respond to complaint is due ten (10) days after the court's ruling on injunction issue.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|