IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 139 |
| v. | ) ) ) | Honorable Joan B. Gottschall |
| CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION, a United Kingdom Company, | ) ) ) ) ) | Magistrate Judge Arlander Keys |
| Defendant. | ) ) | |

**DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO ENJOIN DEFENDANT FROM PURSUING A COLLATERAL PROCEEDING IN A FOREIGN JURISDICTION AND ITS MOTION TO DISMISS OR STAY THE PROCEEDINGS**

Defendant, Cannon Automotive Limited, by and through its attorneys, Freeborn & Peters LLP, respectfully moves the Court for a six-day enlargement of time, until and including February 20, 2008, in which to file both its opposition to Plaintiff's Motion To Enjoin Defendant From Pursuing a Collateral Proceeding in a Foreign Jurisdiction ("Motion to Enjoin") and its Motion to Dismiss or, in the Alternative, Stay Proceedings ("Motion to Dismiss"). In support of thereof, Defendant states:

1.      On January 24, 2008, the Court entered a Minute Order permitting Cannon to file on or before February 14, 2008, both its opposition to the Motion to Enjoin and its Motion to Dismiss. At a hearing on January 24, counsel for Cannon stated its belief that three weeks likely would afford sufficient time in which to investigate the circumstances and prepare both the opposition and the Motion to Dismiss. Since then, counsel for Cannon has determined that it

needs a small amount of additional time in which to complete its papers. Counsel for Plaintiff MacNeil Automotive Products agrees to the extension requested.

2.     Cannon does not bring this Motion for Extension for purposes of unnecessary delay. Defendant's lead counsel, William Howard, has been out-of-town and at depositions for a significant portion of the past three weeks. In addition, John Shapiro, another counsel for Cannon, has had unexpected matters arise. Further, counsel for Cannon require additional time given temporal and geographic considerations. Cannon is located in London, England.

3.     As indicated, counsel for MacNeil has agreed to this Motion for Extension. And, neither party will suffer prejudice as a result of the extension of time requested. Moreover, the interests of justice will be served because the extension will afford counsel for Cannon adequate time in to which to prepare and file both its opposition to the Motion to Enjoin and its Motion to Dismiss.

4.     Cannon respectfully requests that the Court also adjust by six days the remainder of the briefing schedule with respect to the Motion to Enjoin and the Motion to Dismiss as follows:

(a)     March 12, 2008 for Plaintiff's reply in support of its Motion to Enjoin;

(b)     March 12, 2008 for Plaintiff's opposition to Defendant's Motion to Dismiss; and

(c)     April 2, 2008 for Defendant' reply in support of its Motion to Dismiss.

WHEREFORE, Defendant Cannon Automotive Limited respectfully requests that the Court grant this Motion and amend as follows the briefing schedule on the Motion to Enjoin and the Motion to Dismiss:

(a)  February 20, 2008 for Defendant's opposition to Plaintiffs' Motion To Enjoin;

(b)  February 20, 2008 for Defendant's Motion to Dismiss;

(c)  March 12, 2008 for Plaintiff's reply in support of its Motion to Enjoin;

(d)  March 12, 2008 for Plaintiff's opposition to Defendant's Motion to Dismiss; and

(e)  April 2, 2008 for Defendant' reply in support of its Motion to Dismiss.

Respectfully submitted,

CANNON AUTOMOTIVE LIMITED.

By_____
One of Its Attorneys

William N. Howard
John T. Shapiro
Terrence J. Sheahan
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000

Dated:  February 13, 2008

#1482066