IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED, an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION, a United Kingdom Company, <br><br> Defendant. | No. 08 C 139 <br><br> Honorable Joan B. Gottschall <br><br> Magistrate Judge Arlander Keys |

### NOTICE OF MOTION

TO: Robert S. Grabemann
Timothy M. Schaum
Daspin & Aument
227 West Monroe Street
Suite 3500
Chicago, IL 60601
(312) 258-1600
Fax: (312) 258-1955
rgrabemann@daspinaument.com

PLEASE TAKE NOTICE that on Thursday, February 21, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting her stead, in Courtroom 2325, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant's Agreed Motion For Enlargement Of Time to File Its Response to Plaintiff's Motion to Enjoin Defendant From Pursuing a Collateral Proceeding in a Foreign Jurisdiction and Its Motion to Dismiss or Stay the Proceedings**.

Respectfully submitted,

CANNON AUTOMOTIVE LIMITED

By: /s/ Terrence J. Sheahan
One Of Its Attorneys

1482144v1/26168-0001

William N. Howard
John T. Shapiro
Terrence J. Sheahan
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000

Dated: February 13, 2008

## CERTIFICATE OF SERVICE

The undersigned, being one of the attorneys of record in the above cause, certifies that he this day caused a copy of **Defendant's Agreed Motion For Enlargement Of Time to File Its Response to Plaintiff's Motion to Enjoin Defendant From Pursuing a Collateral Proceeding in a Foreign Jurisdiction and Its Motion to Dismiss or Stay the Proceedings** to be served upon the attorneys listed below via the Northern District of Illinois, Eastern Division, ECF filing system, and as otherwise noted, prior to 5:00 p.m. on this 13th day of February, 2008.

TO:   Robert S. Grabemann
      Timothy M. Schaum
      Daspin & Aument
      227 West Monroe Street
      Suite 3500
      Chicago, IL 60601
      (312) 258-1600
      Fax: (312) 258-1955
      rgrabemann@daspinaument.com

                                            /s/ Terrence J. Sheahan
                                            Terrence J. Sheahan