IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION, a United Kingdom Company,<br><br>Defendant. | No. 08 C 139<br><br>Honorable Joan B. Gottschall<br><br>Magistrate Judge Arlander Keys |

## AGREED ORDER

THIS CAUSE coming to be heard on the Defendant's Agreed Motion for Enlargement of Time to File its Response to Plaintiff's Motion To Enjoin Defendant From Pursuing a Collateral Proceeding in a Foreign Jurisdiction ("Motion to Enjoin") and its Motion to Dismiss or, in the Alternative, Stay Proceedings, proper notice having been given, and the Court having being advised in the premises, and the parties having agreed to a six-day enlargement of time, until and including February 20, 2008, for Defendant to file both its opposition to Plaintiff's Motion To Enjoin Defendant From Pursuing a Collateral Proceeding in a Foreign Jurisdiction ("Motion to Enjoin") and its Motion to Dismiss or, in the Alternative, Stay Proceedings ("Motion to Dismiss"),

IT IS HEREBY ORDERED:

The new briefing schedule for the Motion to Enjoin and the Motion to Dismiss is as follows:

(a) February 20, 2008 for Defendant's opposition to Plaintiffs' Motion To Enjoin;

(b) February 20, 2008 for Defendant's Motion to Dismiss;

(c) March 12, 2008 for Plaintiff's reply in support of its Motion to Enjoin;

(d) March 12, 2008 for Plaintiff's opposition to Defendant's Motion to Dismiss; and

(e) April 2, 2008 for Defendant' reply in support of its Motion to Dismiss.

                                                                                          _____
                                                                                          Honorable Joan B. Gottschall
                                                                                          United States District Judge

Dated: February ___, 2008