# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

MacNeil Automotive Products Limited
                                          Plaintiff,

v.                                                        Case No.: 1:08−cv−00139
                                                               Honorable Joan B. Gottschall

Cannon Automotive Limited
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

      MINUTE entry before Judge Joan B. Gottschall :MOTION by Defendant Cannon Automotive Limited for enlargement of time to file its response to Plaintiff's Motion to Enjoin Defendant From Pursuing a Collateral Proceeding in a Foreign Jurisdiction and Its Motion to Dismiss or Stay the Proceedings [14] is granted. Briefing schedule as to motion to dismiss[17] is as follows: Responses due by 3/12/2008. Replies due by 4/2/2008. Briefing schedule as to motion to enjoin [14] is as follows: Replies due by 03/12/2008. Ruling by mail. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.