IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **MACNEIL AUTOMOTIVE PRODUCTS LIMITED**, an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | No. 08 C 139 |
| v. | ) ) ) | Hon. Joan B. Gottschall |
| **CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION**, a United Kingdom Company, | ) ) ) ) ) | Magistrate Arlander Keys |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, March 13, 2007 at 9:30 a.m, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting in her stead, in Courtroom 2325, or wherever else counsel may be heard, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached MACNEIL'S MOTION FOR LEAVE TO WITHDRAW ITS ANTI-SUIT APPLICATION.

                                                    Respectfully submitted,

                                                    **MACNEIL AUTOMOTIVE PRODUCTS LIMITED**

Dated: March 6, 2008                By:      /s/ Robert S. Grabemann
                                                                 One of Its Attorneys

Robert S. Grabemann
Timothy M. Schaum
DASPIN & AUMENT, LLP

227 West Monroe Street
Suite 3500
Chicago, Illinois 60606
(312) 258-1600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing NOTICE OF MACNEIL'S MOTION FOR LEAVE TO WITHDRAW ITS ANTI-SUIT APPLICATION via electronic filing, on or about the 6th day of March, 2008 on:

William N. Howard
John T. Shapiro
Terrence J. Sheahan
Suzanne M. Rose
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 360-6000
(312) 360-6520

                                                /s/   Robert S. Grabemann
                                                   Robert S. Grabemann