## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0139 | **DATE** | 3/8/2008 |
| **CASE TITLE** | MacNeil Automotive Products, Ltd. v. Cannon Automotive Ltd. | | |

**DOCKET ENTRY TEXT**

Plaintiffs MacNeil Automotive Products, Ltd. ("MacNeil") has moved to withdraw [21] its motion to enjoin defendant Cannon Automotive Ltd. ("Cannon") from pursuing collateral proceedings in a foreign jurisdiction [6]. MacNeil's motion to withdraw its motion to enjoin [21] is granted, and its motion to enjoin collateral foreign jurisdiction proceedings [6] is consequently denied as moot.

■[ For further details see text below.]   Docketing to mail notices.

**STATEMENT**

| | Courtroom Deputy Initials: | RJ/JGN |
|---|---|---|