IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED, an Illinois Corporation, ) ) ) Plaintiff, ) ) v. ) ) ) CANNON AUTOMOTIVE LIMITED, f/k/a ) CANNON RUBBER LIMITED, ) AUTOMOTIVE DIVISION, ) a United Kingdom Company, ) ) Defendant. ) | No. 08 C 139<br><br>Honorable Joan B. Gottschall<br><br>Magistrate Judge Arlander Keys |

## NOTICE OF MOTION

**TO:** Robert S. Grabemann
Timothy M. Schaum
Daspin & Aument
227 West Monroe Street
Suite 3500
Chicago, IL 60601
(312) 258-1600
Fax: (312) 258-1955
rgrabemann@daspinaument.com

PLEASE TAKE NOTICE that on Thursday, April 10, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting her stead, in Courtroom 2325, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Cannon's Motion to Withdraw Motion to Dismiss or Stay Based on the *Colorado River Doctrine* and to Readjust the Date for Cannon to Answer or Otherwise Respond to the Complaint.**

Respectfully submitted,

CANNON AUTOMOTIVE LIMITED

By: /s/ Terrence J. Sheahan
One Of Its Attorneys

1518661v1/26168-0001

William N. Howard
John T. Shapiro
Terrence J. Sheahan
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000

Dated: April 2, 2008

**CERTIFICATE OF SERVICE**

      The undersigned, being one of the attorneys of record in the above cause, certifies that he this day caused a copy of **Cannon's Motion to Withdraw Motion to Dismiss or Stay Based on the *Colorado River Doctrine* and to Readjust the Date for Cannon to Answer or Otherwise Respond to the Complaint,** to be served upon the attorneys listed below via the Northern District of Illinois, Eastern Division, ECF filing system, and as otherwise noted, prior to 5:00 p.m. on this 2nd day of April, 2008.

**TO:**    Robert S. Grabemann
Timothy M. Schaum
Daspin & Aument
227 West Monroe Street
Suite 3500
Chicago, IL 60601
(312) 258-1600
Fax: (312) 258-1955
rgrabemann@daspinaument.com

                                                  /s/ Terrence J. Sheahan
                                                    Terrence J. Sheahan