IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED, an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) ) No. 08 C 139 |
| v. | ) ) ) Honorable Joan B. Gottschall |
| CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION, a United Kingdom Company, | ) ) Magistrate Judge Arlander Keys ) ) ) |
| Defendant. | ) |

## NOTICE OF MOTION

TO:   Robert S. Grabemann
      Timothy M. Schaum
      Daspin & Aument
      227 West Monroe Street
      Suite 3500
      Chicago, IL 60601
      (312) 258-1600
      Fax: (312) 258-1955
      rgrabemann@daspinaument.com

   PLEASE TAKE NOTICE that on Thursday, April 10, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting her stead, in Courtroom 2325, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached **Cannon's Motion to Dismiss Pursuant to *Forum Non Conveniens*.**

                          Respectfully submitted,

                          CANNON AUTOMOTIVE LIMITED


                          By:___/s/ Terrence J. Sheahan_____
                             One Of Its Attorneys

William N. Howard
John T. Shapiro
Terrence J. Sheahan
Freeborn & Peters LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000

Dated: April 2, 2008

## CERTIFICATE OF SERVICE

    The undersigned, being one of the attorneys of record in the above cause, certifies that he this day caused a copy of **Cannon's Motion to Dismiss Pursuant to *Forum Non Conveniens*,** to be served upon the attorneys listed below via the Northern District of Illinois, Eastern Division, ECF filing system, and as otherwise noted, prior to 5:00 p.m. on this 2nd day of April, 2008.

**TO:**    Robert S. Grabemann
Timothy M. Schaum
Daspin & Aument
227 West Monroe Street
Suite 3500
Chicago, IL 60601
(312) 258-1600
Fax: (312) 258-1955
rgrabemann@daspinaument.com

    /s/ Terrence J. Sheahan
    Terrence J. Sheahan

1518691v1/26168-0001