# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0139 | **DATE** | 4/9/2008 |
| **CASE TITLE** | MacNeil Automotive Products Ltd. v. Cannon Automotive Ltd. | | |

**DOCKET ENTRY TEXT**

This order corrects the court's prior order of 4/4/2008. Defendant Cannon Automotive Ltd. ("Cannon") has made a motion to withdraw [25] its prior motion to dismiss or stay this case [17]. Cannon has also filed a new motion to dismiss based on a theory of forum non conveniens [27]. Cannon's motion to withdraw its motion to dismiss [25] is granted and its motion to dismiss or stay the case [17] is consequently denied as moot. Plaintiff MacNeil Automotive Products Ltd.'s response to Cannon's motion to dismiss [27] is due on 4/21/2008, reply due on 5/1/2008. No appearance is required on 4/10/2008.

Docketing to mail notices.

**STATEMENT**

| | Courtroom Deputy Initials: | RJ/JGN |
|---|---|---|