# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MACNEIL AUTOMOTIVE PRODUCTS LIMITED, an Illinois Corporation, | ) ) ) |
| Plaintiff, | ) No. 08 C 139 ) |
| v. | ) ) ) Honorable Joan B. Gottschall |
| CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION, a United Kingdom Company, | ) ) Magistrate Judge Arlander Keys ) ) ) |
| Defendant. | ) |

## DECLARATION OF LISA SYPRZAK

1. I am employed with the law firm Freeborn & Peters LLP located in Chicago, Illinois. I am employed as a Technology Service Desk Analyst. I have personal knowledge of the statements made in this Declaration based upon my training and work experience in the field of computers and information technology. I am over the age of eighteen and can competently testify to the facts contained herein.

2. On April 30, 2008, I accessed the internet from a computer at the offices of Freeborn & Peters LLP and viewed the images and texts of the following website: http://www.weathertech.com. Attached hereto as Exhibit A is a true and accurate copy of images and text that were contained on this website at the time I viewed the website.

3. As reflected on Exhibit A, the website contains an "International" icon. When I accessed that icon, I viewed a web page regarding "WeatherTech® International". Attached hereto as Exhibit B is a true and accurate copy of the MacNeil website page that appeared when I accessed the "International" icon.

FURTHER AFFIANT SAYS NOT

Dated: May 2, 2008

_____
Lisa Syprzak

Subscribed and sworn to before me, this 1st day of May, 2008.

_____
Notary Public

My commission expires:

7/15/11

#1533007

OFFICIAL SEAL
TERRI DAVILA
Notary Public - State of Illinois
My Commission Expires Jul 15, 2011

2

# EXHIBIT A



# EXHIBIT B



Shop by Vehicle　Select Make　　Select Year　Select Model　　　　Shop by Product　Select Product

Shop for a different vehicle　›　Continue Shopping for this vehicle ›　　My Account

Home　International



### International

- Canada
- Colombia
- Costa Rica
- Dominican Republic
- El Salvador
- Guatemala
- Honduras
- Iceland
- Jamaica
- Japan
- Mexico
- New Zealand
- Panama
- Peru
- Taiwan
- Turkey
- Ukraine
- United Kingdom
- United States
- Venezuela

**WeatherTech® International**

For information regarding WeatherTech® products, please click on the flag to reach the distributor in your area.

If a distributor is not available in your area and you are interesting in purchasing WeatherTech® products, please contact us.

For WeatherTech® International Distributor inquiries, please contact Thomas Virzi(trvirzi@macneil.com).

**Canada**
1 Location


**Colombia**
1 Location

**Costa Rica**
1 Location

**Dominican Republic**
1 Location


**El Salvador**
1 Location


**Guatemala**
2 Locations


**Honduras**
1 Location


**Iceland**
1 Location


**Jamaica**
2 Locations


**Japan**
1 Location


**Mexico**
7 Locations


**New Zealand**
8 Locations


**Panama**
4 Locations


**Peru**
1 Location

**Taiwan**
1 Location


**Turkey**
1 Location


**Ukraine**
1 Location


**United Kingdom**
1 Location


**Venezuela**
2 Locations




**Behind the Tech**

At MacNeil Automotive, it's all about excellence. We won't settle for less. Neither should you. Learn why...



WeatherTech | Catalog Request | Customer Service | Special Offers | International

Terms | Privacy | Sitemap



©2008 MacNeil Automotive Products Limited