**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MACNEIL AUTOMOTIVE PRODUCTS LIMITED, an Illinois Corporation,** | ) ) ) | |
| **Plaintiff,** | ) ) | **No. 08 C 139** |
| **v.** | ) ) ) | **Hon. Joan B. Gottschall** |
| **CANNON AUTOMOTIVE LIMITED, f/k/a CANNON RUBBER LIMITED, AUTOMOTIVE DIVISION, a United Kingdom Company,** | ) ) ) ) ) | **Magistrate Arlander Keys** |
| **Defendant.** | ) | **JURY TRIAL DEMANDED** |

**NOTICE OF MOTION**

TO:    See attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, May 8, 2008 at 9:30 a.m, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall, or whomever may be sitting in her stead, in Courtroom 2325, or wherever else counsel may be heard, of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present the attached MACNEIL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION.

Respectfully submitted,

**MACNEIL AUTOMOTIVE PRODUCTS LIMITED**

Dated: May 5, 2008          By:  _____/s/ Robert S. Grabemann_____
                                                    One of Its Attorneys

Robert S. Grabemann
Timothy M. Schaum
DASPIN & AUMENT, LLP

227 West Monroe Street
Suite 3500
Chicago, Illinois 60606
(312) 258-1600

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing NOTICE OF MACNEIL'S MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION via electronic filing, on the 5th day of May, 2008, on or before 4:30 p.m., to be served on:

William N. Howard
John T. Shapiro
Terrence J. Sheahan
Suzanne M. Rose
Freeborn & Peters LLP
311 South Wacker Drive
Suite 3000
Chicago, Illinois 60606
(312) 360-6000
(312) 360-6520


      /s/   Robert S. Grabemann
                  Robert S. Grabemann